IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FREDDIE J. POLK, | § |
| *Plaintiff*, | § |
| v. | §  CIVIL ACTION NO. 2:22-CV-00428-JRG-RSP |
| GENERAL SHALE BRICK, INC. DBA RED RIVER BRICK, | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Freddie J. Polk ("Plaintiff") and General Shale Brick, Inc. dba Red River Brick ("Defendant"). (Dkt. No. 27.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 23rd day of August, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE